UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STEPHANIE RIVERA,

                                                                                           JUDGMENT

                        Plaintiff,                                    18-cv-624 ILG-JO

    v.

STEINWAY MEDICAL, P.C. d/b/a Fast Medical
and Sanjiv Chopra, jointly and severally,

                        Defendants.
----------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 13, 2020; and having offered Plaintiff to take a judgment against them; it is

        ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff in the amount of $60,000 for Plaintiff's damages plus reasonable attorney's fees and costs pursuant to Defendant's accepted Rule 68 Offer of Judgment.

Dated: Brooklyn, New York                                Douglas C. Palmer
       February 18, 2020                                     Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                       Deputy Clerk